CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar Number 14853

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Manichanh Sitivong,<br><br>  Plaintiff,<br><br>  v.<br><br>Jae Carlton Beasley, individually; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>  Defendants. | Case No. 2:22-cv-00169-APG-BNW<br><br>**United States' Motion for Substitution of Parties** |

The United States of America gives notice to this Court and Plaintiff that Christopher Chiou, Acting United States Attorney for the District of Nevada, an authorized representative of the Attorney General of the United States of America, has certified that Defendant Jae Carlton Beasley was acting within the course and scope of his duties with the Federal Bureau of Investigation at all times relevant to the events alleged in Plaintiff's Complaint. *See* **Exhibit A**, Certification of Scope of Employment of Jae Carlton Beasley.

After certification is granted by the Acting United States Attorney, the action "shall be deemed to be an action or proceeding brought against the United States . . ., and the United States shall be substituted as the party defendant." 28 U.S.C. § 2679(d)(2) and 28 U.S.C. § 2671. The Acting United States Attorney's certification automatically substitutes

the United States of America as the defendant in the place of Jae Carlton Beasley in this case and the caption of this case should be amended by removing Defendant Jae Carlton Beasley individually.

For the convenience of this Court, the United States of America submits a proposed Order reflecting this substitution and amending the caption of this action accordingly. *See* **Exhibit B**, Proposed Order.)

Respectfully submitted this 10th day of February 2022.

        CHRISTOPHER CHIOU
        Acting United States Attorney

        */s/ Skyler H. Pearson*
        SKYLER H. PEARSON
        Assistant United States Attorney

## ORDER
**IT IS SO ORDERED**

**DATED:** 11:51 am, February 11, 2022

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

### Certificate of Service

I hereby certify that on February 10, 2022, I electronically filed and served the foregoing Notice of Removal with the Clerk of the Court for the United States District Court for the District of Nevada using the CM/ECF system and via US Mail to the address below.

DENNIS M. PRINCE
ANDREW R. BROWN
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
-And-
CHAD M. GOLIGHTLY
**LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, NV 89123

/ s/ Skyler H. Pearson
SKYLER H. PEARSON
Assistant United States Attorney
United States Attorney's Office