# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANICHANH SITIVONG, | Case No.: 2:22-cv-000169-APG-BNW |
| Plaintiff | **Order Deeming Order to Show Cause Satisfied** |
| v. | |
| UNITED STATES OF AMERICA and JAE CARLTON BEASLEY, | |
| Defendant | |

In light of the United States of America's response to the order to show cause (ECF No. 9),

I ORDER that the order to show cause (ECF No. 6) is satisfied, and I will not remand this action to state court for lack of subject matter jurisdiction.

DATED this 2nd day of March, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE