DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
**LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, NV 89123
Tel: (702) 222-3333
Fax: (702) 598-1931
Email: admin@chadgolightly.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive;<br><br>Defendants. | Case No. 2:22-cv-00169-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFF TO FILE RESPONSES TO DEFENDANT'S MOTION TO DISMISS AND MOTION TO SET ASIDE ENTRY OF DEFAULT AGAINST JAE CARLTON BEASLEY** |

   IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MANICHANH SITIVONG and Defendant UNITED STATES OF AMERICA, by and through their respective counsel of record, that the deadline for Plaintiff to file her



response to Defendant's Motion to Dismiss will be extended seven (7) days, from April 15, 2022 to April 22, 2022. The Motion was filed on April 1, 2022. Defendant's reply in support of its Motion to Dismiss will be due April 29, 2022.

IT IS ALSO HEREBY STIPULATED AND AGREED, by and between Plaintiff MANICHANH SITIVONG and Defendant UNITED STATES OF AMERICA, by and through their respective counsel of record, that the deadline for Plaintiff to file her response to Defendant's Motion to Set Aside Entry of Default Against Jae Carlton Beasley will be extended seven (7) days from April 21, 2022 to April 28, 2022. The Motion was filed on April 7, 2022. Defendant's reply in support of its Motion to Set Aside Entry of Default Against Jae Carlton Beasley will be due May 5, 2022.

DATED this 14th day of April, 2022.   DATED this 14th day of April, 2022.

**PRINCE LAW GROUP**                  **OFFICES OF THE UNITED STATES ATTORNEYS**

*/s/ Andrew R. Brown*                 */s/ Skyler H. Pearson*
DENNIS M. PRINCE                      CHRISTOPHER CHIOU
Nevada Bar No. 5092                   Acting United States Attorney
ANDREW R. BROWN                       SKYLER H. PEARSON
Nevada Bar No. 15875                  Assistant United States Attorney
10801 W. Charleston Blvd.             *Attorneys for the United States*
Suite 560
Las Vegas, Nevada 89135
-and-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
8560 S. Eastern Ave.
Suite 240
Las Vegas, Nevada 89123
Attorneys for Plaintiff

## ORDER

**IT IS SO ORDERED.**

DATED this 19th day of April, 2022.



