DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
**LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, NV 89123
Tel: (702) 222-3333
Fax: (702) 598-1931
Email: admin@chadgolightly.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>        Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive;<br><br>        Defendants. | Case No.  2:22-cv-00169-APG-BNW<br><br>**STIPULATION AND ORDER TO WITHDRAW DEFENDANT UNITED STATES OF AMERICA'S MOTION TO DISMISS AND FOR PLAINTIFF MANICHANH SITIVONG TO AMEND COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MANICHANH SITIVONG and Defendant UNITED STATES OF AMERICA, by and through their respective counsel of record, that Defendant United States of America withdraws its Motion to Dismiss (ECF No. 17). The Motion to Dismiss was filed on April 1, 2022.



1        IT IS FURTHER STIPULATED AND AGREED that Plaintiff may amend her complaint.

2   Plaintiff's amended complaint must be filed by Friday, April 22, 2022. If Plaintiff does not file her

3   amended complaint by that date, Defendant United States of America may refile its Motion to Dismiss.

4        IT IS FURTHER STIPULATED AND AGREED that the undersigned Defense counsel will

5   accept service of Plaintiff's first amended complaint on behalf of Defendant United States of America

6   through the Court's ECF system. Defendant United States of America shall have up through and

7   including May 13, 2022, to answer or otherwise plead in response to Plaintiff's first amended

8   complaint.

9   DATED this 18th day of April, 2022.     DATED this 18th day of April, 2022.

10

11   **PRINCE LAW GROUP**     **OFFICES OF THE UNITED STATES ATTORNEYS**

12   */s/ Andrew R. Brown*     */s/ Skyler H. Pearson*
    DENNIS M. PRINCE     CHRISTOPHER CHIOU

13   Nevada Bar No. 5092     Acting United States Attorney
    ANDREW R. BROWN     SKYLER H. PEARSON

14   Nevada Bar No. 15875     Assistant United States Attorney
    10801 W. Charleston Blvd.     Attorneys for the United States

15   Suite 560
    Las Vegas, Nevada 89135

16   -and-
    CHAD M. GOLIGHTLY

17   Nevada Bar No. 5331
    8560 S. Eastern Ave.

18   Suite 240
    Las Vegas, Nevada 89123

19   Attorneys for Plaintiff

20

21                              **ORDER**

22       **IT IS SO ORDERED.**

23       DATED: April 19, 2022

24                           _____

25

26

27

28

