JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Manichanh Sitivong,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>　　　　Defendants. | Case No. 2:22-cv-00169-APG-BNW<br><br>**Stipulation to Extend Time to Answer or Otherwise Plead** |

　　　　Plaintiff, Manichanh Sitivong, and Defendant, United States of America, hereby stipulate and agree that the United States' deadline to answer or otherwise respond to Plaintiff's First Amended Complaint, currently due May 13, 2022, should be extended 14 days until May 27, 2022. This extension is being sought to accommodate AUSA Pearson's schedule and not sought for purposes of delay.

///

///

///

///

///

The parties have a good working relationship, have held their Rule 26(f) conference, and will move forward with exchanging initial disclosures and moving this case forward.

Respectfully submitted this 11th day of May 2022.

| | |
|---|---|
| DENNIS M. PRINCE<br>Nevada Bar No. 5092<br>ANDREW R. BROWN<br>Nevada Bar No. 15785<br>PRINCE LAW GROUP<br>10801 W. Charleston Blvd.,<br>Suite 560<br>Las Vegas, Nevada 89135<br>-And-<br>CHAD M. GOLIGHTLY<br>LAW OFFICE OF CHAD M.<br>GOLIGHTLY, LTD.<br>8560 S. Eastern Ave., Suite 240<br>Las Vegas, NV 89123<br><br>*/s/ Andrew R. Brown*<br>ANDREW R. BROWN<br>*Attorneys for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Skyler Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** May 12, 2022

2