DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
**PRINCE LAW GROUP**
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
**LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, NV 89123
Tel: (702) 222-3333
Fax: (702) 598-1931
Email: admin@chadgolightly.com
Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive;<br><br>Defendants. | Case No. 2:22-cv-00169-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE RESPONSE TO DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff MANICHANH SITIVONG and Defendant UNITED STATES OF AMERICA, by and through their respective counsel of record, that the deadline for Plaintiff to file her response to Defendant's Motion to Dismiss Plaintiff's First Amended Complaint (ECF No. 28) will be extended fourteen (14) days, from June 10,



2022 to June 24, 2022. The Motion was filed on May 27, 2022. Defendant will have two (2) weeks to file its reply in support of the Motion. Therefore, Defendant's reply will be due July 8, 2022.

DATED this 9th day of June, 2022.

**PRINCE LAW GROUP**

*/s/ Andrew R. Brown*
DENNIS M. PRINCE
Nevada Bar No. 5092
ANDREW R. BROWN
Nevada Bar No. 15875
10801 W. Charleston Blvd.
Suite 560
Las Vegas, Nevada 89135
-and-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
8560 S. Eastern Ave.
Suite 240
Las Vegas, Nevada 89123
Attorneys for Plaintiff

DATED this 9th day of June, 2022.

**OFFICES OF THE UNITED STATES ATTORNEYS**

*/s/ Skyler H. Pearson*
JASON FRIERSON
United States Attorney for the District of Nevada
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for the United States*

**ORDER**

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: June 10, 2022





10801 W. Charleston Blvd.
Suite 560
Las Vegas, NV 89135