JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Manichanh Sitivong,<br><br>        Plaintiff,<br><br>    v.<br><br>United States of America; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>        Defendants. | Case No. 2:22-cv-00169-APG-BNW<br><br>**Stipulation and Order to Extend Time for the United States to Respond to Plaintiff's Motion for Protective Order (ECF No. 50)**<br><br>**(First Request)** |

   Plaintiff, Manichanh Sitivong, and Defendant, United States of America, through counsel, hereby stipulate and request that the deadline for the United States to respond to Plaintiff's Motion for Protective Order Regarding Mark Kabins, M.D.'s Deposition (ECF No. 50) be extended seven (7) days to **June 13, 2023**. Plaintiff's reply would thus be due on **June 20, 2023**.

   The parties request the extension based on the following: since the filing of the motion, the parties have continued to work towards a possible resolution that might not require the Court's intervention. However, additional time is needed to allow Plaintiff to work with Dr. Kabins regarding the possible solution. The additional time sought by the parties may resolve the issues put forth in the motion.

Accordingly, it is requested, stipulated, and agreed that Defendant's response to Plaintiff's motion be extended seven days to June 13, 2023. Plaintiff's reply to be filed June 20, 2023.

Respectfully submitted this 6th day of June 2023.

| | |
|---|---|
| DENNIS M. PRINCE<br>Nevada Bar No. 5092<br>ANDREW R. BROWN<br>Nevada Bar No. 15785<br>PRINCE LAW GROUP<br>10801 W. Charleston Blvd.,<br>Suite 560<br>Las Vegas, Nevada 89135<br>-And-<br>CHAD M. GOLIGHTLY<br>LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.<br>8560 S. Eastern Ave., Suite 240<br>Las Vegas, NV 89123<br><br>*/s/ Andrew R. Brown*<br>ANDREW R. BROWN<br>*Attorneys for Plaintiff* | JASON M. FRIERSON<br>United States Attorney<br><br>*/s/ Skyler Pearson*<br>SKYLER H. PEARSON<br>Assistant United States Attorney<br>*Attorneys for the United States* |

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** June 6, 2023