1  DENNIS M. PRINCE
   Nevada Bar No. 5092
2  SHANNON M. WILSON
   Nevada Bar No. 13988
3  **PRINCE LAW GROUP**
4  10801 W. Charleston Blvd., Suite 560
   Las Vegas, Nevada 89135
5  Tel: (702) 534-7600
6  Fax: (702) 534-7601
   Email: eservice@thedplg.com
7  -And-
   CHAD M. GOLIGHTLY
8  Nevada Bar No. 5331
9  **LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.**
   8560 S. Eastern Ave., Suite 240
10 Las Vegas, NV 89123
   Tel: (702) 222-3333
11 Fax: (702) 598-1931
12 Email: admin@chadgolightly.com
   Attorneys for Plaintiff
13

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:22-cv-00169-APG-DJA<br><br>**MOTION TO WITHDRAW ATTORNEY, ANDREW BROWN, ESQ., FROM THE SERVICE LIST** |

Dennis M. Prince, counsel for Plaintiff, MANICHANH SITIVONG, hereby petitions this Court, pursuant to Local Rule LR IA 11-6(b), to withdraw Andrew Brown, Esq. previously of Prince Law Group, abrown@thedplg.com from the electronic service list on the above-captioned matter. Mr. Brown is no longer employed with Prince Law Group. Mr. Prince also petitions this court to remove the following e-mail addresses from



Page **1** of **4**

<-- -->

<-- -->

<-- -->

1  his account: eentsminger@egletlaw.com and eservice@egletlaw.com. Mr. Prince's
2  affiliation with those email addresses ended in approximately July of 2019.
3       DATED this 23rd day of January, 2024.

PRINCE LAW GROUP

*/s/ Dennis M. Prince*

_____
DENNIS M. PRINCE
Nevada Bar No. 5092
SHANNON M. WILSON
Nevada Bar No. 13988
10801 W. Charleston Blvd., Suite 560
Las Vegas, NV 89135
Attorneys for Plaintiff

## **ORDER**

IT IS HEREBY ORDERED that the Court grants in part and denies in part Mr. Prince's motion.  It is granted in part regarding Mr. Prince's request that the Court remove Andrew Brown, Esq. from the electronic service list.  It is denied in part regarding Mr. Prince's request that the Court remove the two email addresses he mentions from his account.  Mr. Prince must remove those addresses through his firm's or his personal CM/ECF account.

DATED:  1/24/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE



# **CERTIFICATE OF SERVICE**

Pursuant to LR 5-1 and FRCP 5(b), I hereby certify that I am an employee of **PRINCE LAW GROUP** and that on the January 23, 2024, I electronically filed the foregoing document entitled **MOTION TO WITHDRAW ATTORNEY, ANDREW BROWN, ESQ., FROM THE SERVICE LIST** with the Clerk of the Court using the CM/ECF system, which sent a notice of electronic filing to the following:

Christopher Chiou
Skyler H. Pearson
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, NV 89101
Attorneys for Defendant
United States of America

*/s/ Amy Ebinger*
_____
An Employee of Prince Law Group

