JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar Number 7709

SKYLER H. PEARSON
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
skyler.pearson@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| Manichanh Sitivong,<br><br>   Plaintiff,<br><br>  v.<br><br>United States of America; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>   Defendants. | Case No. 2:22-cv-00169-APG-DJA<br><br>**Stipulation and Order to Extend Time for the United States to Respond to Plaintiff's Motion for Partial Summary Judgment**<br><br>**(First Request)** |

  Plaintiff, Manichanh Sitivong, and Defendant, United States of America, through counsel, hereby stipulate and agree to extend the deadline for the United States to respond to Plaintiff's motion for partial summary judgment (ECF No. 66) by seven (7) days to **February 9, 2024**. The extension is sought due to Defendants' counsel's calendar that includes other motion deadlines and depositions.

///

///

///

///

///

///

This is the first request to extend this deadline. Accordingly, the parties stipulate and request the Court to extend the United States response deadline to **February 9, 2024**.

Respectfully submitted this 29th day of January 2024.

JASON M. FRIERSON
United States Attorney

/s/ Dennis M. Prince
DENNIS M. PRINCE
Nevada Bar No. 5092
PRINCE LAW GROUP
10801 W. Charleston Blvd., Suite 560
Las Vegas, Nevada 89135
-And-
CHAD M. GOLIGHTLY
LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.
8560 S. Eastern Ave., Suite 240
Las Vegas, NV 89123
*Attorneys for Plaintiff*

/s/ Skyler Pearson
SKYLER H. PEARSON
Assistant United States Attorney
*Attorneys for the United States*

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

**DATED:  January 30, 2024**

2