COLIN P. CAVANAUGH
Nevada Bar No. 13842
KEVIN T. STRONG
Nevada Bar No. 12107
ANGELA M. LEE
Nevada Bar No. 14905
SHANNON M. WILSON
Nevada Bar No. 13988
**PRINCE LAW GROUP**
10801 W. Charleston Boulevard, Suite 560
Las Vegas, NV 89135
Tel: (702) 534-7600
Fax: (702) 534-7601
Email: eservice@thedplg.com
-And-
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
**LAW OFFICE OF CHAD M. GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Suite 240
Las Vegas, NV 89123
Tel: (702) 222-3333
Fax: (702) 598-1931
Email: admin@chadgolightly.com
Attorneys for Plaintiff

### UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>　　　　　Plaintiff,<br><br>Vs.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　Defendant. | Case No.  2:22-cv-00169-APG-DJA<br><br>**STIPULATION AND ORDER TO<br>STAY PROCEEDINGS** |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties hereto, through their undersigned counsel of record, as follows:

Due to the tragic events on April 8, 2024, at the Prince Law Group, which ultimately led to the untimely passing of Plaintiff's counsel, Mr. Prince, the parties



1  stipulate that the above-referenced action shall be stayed for 90 days. A temporary stay
2  of proceedings is necessary to allow Prince Law Group time to navigate the aftermath of
3  this incident and to ensure that Plaintiff's interests are protected. Accordingly, the
4  parties stipulate that all proceedings in this case shall be stayed 90 days to allow for
5  resolution of the issues arising from Mr. Prince's passing.

6        The parties further stipulate that the Court's pending decision on Plaintiff's
7  Motion for Partial Summary Judgment Regarding Damages Cap (ECF No. 66) may be
8  issued during the stay, but further stipulate that the Joint Pre-Trial Memorandum will
9  not be due until 30 days after the stay is lifted. The parties shall confer and submit a
10 stipulation to the court with a proposed new pre-trial and discovery deadline once the
11 stay is lifted.

12 **IT IS SO STIPULATED.**

13 DATED May 2nd 2024.                         DATED May 2nd, 2024.
14 **PRINCE LAW GROUP**                        JASON M. FRIERSON
                                               United States Attorney

16 */s/ Kevin T. Strong*                       */s/ Skyler H. Perason*

17 COLIN P. CAVANAUGH                          SKYLER H. PERASON
   Nevada Bar No. 13842                        Assistant United States Attorney
18 KEVIN T. STRONG                             *Attorneys for the United States*
   Nevada Bar No. 12107
19 ANGELA M. LEE
   Nevada Bar No. 14905
20 SHANNON M. WILSON
21 Nevada Bar No. 13988
   10801 W. Charleston Blvd., Suite 560
22 Las Vegas, NV 89135
23 Attorneys for Plaintiff

24
25
26
27
28



*Sitivong v. United States Of America*
*2:22-cv-00169-APG-DJA*
*Stipulation And Order To Stay Proceedings*

### ORDER

Based upon the foregoing stipulation of counsel and good cause appearing:
IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:
The above-referenced matter is stayed for 90 days. The parties are requested to confer and submit a stipulation by August 15, 2024, with a proposed new pre-trial and discovery deadlines.

**IT IS SO ORDERED.**

DATED: <u>May 3, 2024</u>

_____
UNITED STATES DISTRICT JUDGE

