**SUBT**
ROBERT T. EGLET
Nevada Bar No. 3402
TRACY A. EGLET
Nevada Bar No. 6419
ROBERT M. ADAMS
Nevada Bar No. 6551
ARTEMUS W. HAM, IV
Nevada Bar No. 7001
JOEL D. HENRIOD
Nevada Bar No 8492
**EGLET ADAMS EGLET HAM HENRIOD**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:   702-450-5400
Fax:   702-450-5451
eservice@egletlaw.com

**CHAD M. GOLIGHTLY**
Nevada Bar No. 5331
**LAW OFFICES OF CHAD M. GOLIGHTLY, LTD**
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123
*Attorneys for Plaintiffs*

ROBERT T. EGLET
Nevada Bar No. 3402
TRACY A. EGLET
Nevada Bar No. 6419
ROBERT M. ADAMS
Nevada Bar No. 6551
ARTEMUS W. HAM, IV
Nevada Bar No. 7001
JOEL D. HENRIOD
Nevada Bar No 8492
CHAD M. GOLIGHTLY
Nevada Bar No. 5331
**EGLET ADAMS & GOLIGHTLY, PLLC**
400 South 7th Street, 4th Floor
Las Vegas, Nevada   89101

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendants. | CASE NO.:   2:22-cv-00169-APG-DJA<br><br>**SUBSTITUTION OF ATTORNEYS** |

IT IS HEREBY STIPULATED, Plaintiff MANICHANH SITIVONG hereby substitutes Tracy A. Eglet, Esq., and Artemus W. Ham, IV., Esq., of EGLET ADAMS EGLET HAM HENRIOD to represent her in the above-entitled matter in the place and stead of PRINCE LAW GROUP Pursuant to LR IA 11-6.

All future correspondence, notices and pleadings are to be directed to Tracy A. Eglet, Esq., and Artemus W. Ham, IV, Esq., of EGLET ADAMS EGLET HAM HENRIOD.

EGLET ADAMS EGLET HAM HENRIOD acknowledges that on May 3, 2024, the above-referenced matter was stayed for 90 days and the parties are requested to confer and submit a stipulation by August 15, 2024, with a proposed new pre-trial and discovery deadlines as set forth by the Court in its May 3, 2024, Order (ECF No. 75).

The undersigned hereby agrees to the law firm EGLET ADAMS EGLET HAM HENRIOD being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 22 day of May 2024.

_____
MANICHANH SITIVONG, PLAINTIFF

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

2

The undersigned hereby agrees to the firm of EGLET ADAMS & GOLIGHTLY, PLLC, being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED, May 22, 2024.

PRINCE & GOLIGHTLY, PLLC

CHAD M. GOLIGHTLY
Nevada Bar No. 5331
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123

The undersigned hereby agrees to the law firm EGLET ADAMS EGLET HAM HENRIOD being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 29 day of May 2024.

PRINCE LAW GROUP

ANGELA M. LEE, ESQ.
Nevada Bar No. 14905
10801 W. Charleston Blvd, Suite 560
Las Vegas, NV 89135

/ / /
/ / /
/ / /
/ / /
/ / /

3

The undersigned hereby agrees to the law firm Eglet Adams Eglet Ham Henriod being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, in the place and stead of the law firm of PRINCE LAW GROUP.

DATED this 22nd day of May 2024.

EGLET ADAMS EGLET HAM HENRIOD

TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ARTEMUS W. HAM, IV., ESQ.
Nevada Bar No. 7001
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101

IT IS SO ORDERED

DATED this 31st day of May 2024.

DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4

## CERTIFICATE OF SERVICE

Pursuant to FRCP 5(b), I certify that I am an employee of the firm, and that on the 30th day of May 2024, I caused the foregoing document entitled **SUBSTITUTION OF ATTORNEY** as follows via electronic means by operation of the Court's electronic filing system, upon each party in this case who registered as an electronic case filing user with the clerk.

_/s/ Makaela Otto_
Makaela Otto