JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

R. THOMAS COLONNA
Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Richard.Colonna@usdoj.gov
*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Manichanh Sitivong,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>　　　　　Defendants. | Case No. 2:22-cv-00169-APG-DJA<br><br>**Stipulation to Extend Time to Submit Joint Pretrial Order** |

Pursuant to this Court's May 3, 2024, Order (ECF No. 75) Plaintiff, Manichanh Sitivong, and Defendant, United States of America, through counsel, submit the following Stipulation.

The parties have completed discovery. The only remaining deadline is for filing a proposed joint pretrial order. The parties conferred and agreed to extend the remaining deadline for filing of a joint pretrial order to 30 days after this Court renders its decision on Plaintiff's Motion for Partial Summary Judgment Regarding Damages Cap (ECF No. 66). This request for extension is made in good faith.

///

///

///

1    Accordingly, the parties respectfully request that the Court grant this stipulation and

2    extend the deadline for filing of a joint pretrial order to 30 days after this Court renders its

3    decision on Plaintiff's Motion for Partial Summary Judgment Regarding Damages Cap.

4    Respectfully submitted this 2nd day of August 2024.

5
                                            JASON M. FRIERSON
6                                           United States Attorney

7    */s/ Brittney Glover*                   */s/ R. Thomas Colonna*
     Brittney Glover, Esq.                  R. THOMAS COLONNA
8    Nevada Bar No. 15412                   Assistant United States Attorney
     Tracy A. Eglet, Esq.                   *Attorneys for the United States*
9    Nevada Bar No. 6419
10   EGLET ADAMS EGLET HAM
     HENRIOD
11   400 South 7th Street, Suite #400
     Las Vegas, NV 89101
12   -And-
     CHAD M. GOLIGHTLY
13   LAW OFFICE OF CHAD M.
     GOLIGHTLY, LTD.
14   8560 S. Eastern Ave., Suite 240
     Las Vegas, NV 89123
15   *Attorneys for Plaintiff*

16

17                                          **IT IS SO ORDERED:**

18                                          _____

19                                          **UNITED STATES MAGISTRATE JUDGE**

20                                          **DATED:**   8/5/2024

21

22

23

24

25

26

27

28