ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
**EGLET ADAMS EGLET**
**HAM HENRIOD**
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:    702-450-5400
Fax:    702-450-5451
eservice@egletlaw.com

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
**LAW OFFICES OF**
**CHAD M. GOLIGHTLY, LTD**
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123
*Attorneys for Plaintiff*

ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ARTEMUS W. HAM, IV, ESQ.
Nevada Bar No. 7001
JOEL D. HENRIOD, ESQ.
Nevada Bar No 8492
CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
**EGLET ADAMS & GOLIGHTLY, PLLC**
400 South 7th Street, 4th Floor
Las Vegas, Nevada   89101

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

MANICHANH SITIVONG,

        Plaintiff,

vs.

UNITED STATE OF AMERICA,

        Defendant.

CASE NO.: 2:22-CV-00169-APG-DJA

**<u>STIPULATION AND ORDER TO</u>**
**<u>EXTEND TIME TO FILE THE JOINT</u>**
**<u>PRE-TRIAL ORDER (First Request)</u>**

1   Plaintiff, MANICHANH SITIVONG, and Defendant, UNITED STATES OF AMERICA,

2   by and through their counsel of record, hereby submit the following Stipulation to Extend Time

3   to File the Joint Pre-trial Order by an additional 30 days.

4   Pursuant to this Court's August 5, 2024, Order (ECF No. 81), the parties are required to

5   submit a Joint Pre-Trial Order within 30 days after this Court rendered its decision on Plaintiff's

6   Motion for Partial Summary Judgment Regarding Damages Cap. On September 5, 2024, this

7   Court issued its Order Denying Plaintiff's Motion for Partial Summary, without prejudice. (ECF

8   No. 81). Accordingly, the Joint Pre-Trial Order is due on or before October 7, 2024.

9   The parties submit this stipulation to extend time to file the Joint Pre-Trial Order because

10  Plaintiff's trial and lead attorneys, Robert and Tracy Eglet, along with Jordan Eglet, who is also

11  an attorney on this case, left the country on September 8, 2024 to attend Jordan's wedding and

12  they will be unavailable until the end of September. As such, Plaintiff's trial and lead attorneys

13  are not available to make factual, legal, and evidentiary decisions and provide pertinent input

14  necessary to complete the Joint Pre-Trial Order in preparation for trial in this matter. Accordingly,

15  the parties need additional time to draft, review, exchange, and complete the proposed Joint Pre-

16  Trial Order.

17

18  . . .

19  . . .

20  . . .

21  . . .

22  . . .

23  . . .

24  . . .

25  . . .

26  . . .

27  . . .

28  . . .

2

1    In light of these circumstances, with this Court's permission, the parties have agreed to

2  extend the deadline to file the Joint Pre-Trial Order by 30 days, from October 7, 2024 to November

3  6, 2024.

4

5    DATED this 11th day of September, 2024.        DATED this 11th day of September, 2024.

6    */s/  Brittney R. Glover*                        */s/  R. Thomas Colonna*

7    ROBERT T. EGLET, ESQ.                          JASON M. FRIERSON, ESQ.
     Nevada Bar No. 3402                             United States Attorney
8    TRACY A. EGLET, ESQ.                            District of Nevada
     Nevada Bar No. 6419                             Nevada Bar No. 7709
9    BRITTNEY R. GLOVER, ESQ.                        R. THOMAS COLONNA, ESQ.
     Nevada Bar No. 15412                            Assistant United States Attorney
10   **EGLET ADAMS EGLET**                          *Attorneys for the United States*
     **HAM HENRIOD**
11   400 South Seventh Street, Suite 400
     Las Vegas, Nevada 89101
12   *Attorneys for Plaintiff*

13

14

15                                                  **IT IS SO ORDERED**

16                                                  _____

17                                                  UNITED STATES MAGISTRATE JUDGE

18                                                  **DATED:** 9/12/2024

19

20

21

22

23

24

25

26

27

28

3

**Bianca Marx**

---

| | |
|---|---|
| **From:** | Colonna, Richard (USANV) <Richard.Colonna@usdoj.gov> |
| **Sent:** | Wednesday, September 11, 2024 12:47 PM |
| **To:** | Brittney Glover; Bivens, Cortney (USANV); Minkova, Vera (USANV) |
| **Cc:** | Joel D. Henriod; Bianca Marx |
| **Subject:** | Re: Sitivong -- JPTO |

> **CAUTION:** This email originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Brittney, this looks fine. You can e sign for me and file. Thanks.

V/r,
Tom

Get Outlook for iOS

---

**From:** Brittney Glover <bglover@egletlaw.com>
**Sent:** Wednesday, September 11, 2024 3:42:16 PM
**To:** Colonna, Richard (USANV) <RColonna@usa.doj.gov>; Bivens, Cortney (USANV) <CBivens@usa.doj.gov>; Minkova, Vera (USANV) <VMinkova@usa.doj.gov>
**Cc:** Joel D. Henriod <jhenriod@egletlaw.com>; Bianca Marx <bmarx@egletlaw.com>
**Subject:** [EXTERNAL] RE: Sitivong -- JPTO

Hi Tom,

The proposed SAO attached. If signed, the new deadline will be November 6, 2024. Please note that my firm will be out of the country for our firm retreat from November 6 – 11, so I'd like to file the JPO by 11/5, at the latest.

Let me know if we have permission to affix your e-signature.

Thank you.