**SUBT**
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
THOMAS N. BECKOM, ESQ.
Nevada Bar No. 12554
**THE702FIRM INJURY ATTORNEYS**
8335 W. Flamingo Road
Las Vegas, NV 89147
Telephone:   (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:        service@the702firm.com
And

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
**LAW OFFICES OF**
**CHAD M. GOLIGHTLY, LTD**
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123

*Attorneys for Plaintiff*

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
THOMAS N. BECKOM, ESQ.
Nevada Bar No. 12554
CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
**GOLIGHTLY & THE702FIRM, PLLC**
8335 W. Flamingo Road
Las Vegas, NV 89147
Telephone:   (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:        service@the702firm.com

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>                    Plaintiff,<br><br>vs.<br><br>UNITED STATE OF AMERICA,<br><br>                    Defendants. | CASE NO.: 2:22-CV-00169-APG-DJA<br><br>**SUBSTITUTION OF ATTORNEYS** |

The undersigned hereby agrees to the firm of GOLIGHTLY & THE702FIRM, PLLC, being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, individually, and in the place and stead of the law firm of EGLET ADAMS EGLET HAM HENRIOD.

DATED this __1__ day of ~~October~~ November 2024.

_____
MANICHANH SITIVONG

The undersigned hereby agrees to the firm of GOLIGHTLY & THE702FIRM, PLLC, being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, individually, and in the place and stead of the law firm of EGLET ADAMS EGLET HAM HENRIOD.

DATED this 1st day of November, 2024.

**EGLET ADAMS EGLET HAM HENRIOD**

*/s/ Brittney Glover*

_____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
BRITTNEY R. GLOVER, ESQ.
Nevada Bar No. 15412
400 South 7th Street, #400
Las Vegas, Nevada 89101
Tel.:   702-450-5400
Fax:   702-450-5451
eservice@egletlaw.com

The undersigned hereby agrees to the firm of GOLIGHTLY & THE702FIRM, PLLC, being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, individually, and in the place and stead of the law firm of EGLET ADAMS EGLET HAM HENRIOD.

DATED this 1st day of November, 2024.

**GOLIGHTLY & THE702FIRM, PLLC**

*/s/ Michael Kane*

_____
MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
THOMAS N. BECKOM, ESQ.
Nevada Bar No. 12554
8335 W. Flamingo Road
Las Vegas, NV 89147
E-Mail:     service@the702firm.com

THE702FIRM
ATTORNEYS AT LAW
8335 West Flamingo Road
LAS VEGAS, NEVADA 89147
PHONE: (702) 776-3333

1  The undersigned hereby agrees to the firm of GOLIGHTLY & THE702FIRM, PLLC, being substituted as attorneys for Plaintiff, MANICHANH SITIVONG, individually, and in the place and stead of the law firm of EGLET ADAMS EGLET HAM HENRIOD.

DATED this 1st day of November, 2024.

**EGLET ADAMS & GOLIGHTLY, PLLC**

*/s/ Chad Golightly*
_____
ROBERT T. EGLET, ESQ.
Nevada Bar No. 3402
TRACY A. EGLET, ESQ.
Nevada Bar No. 6419
ROBERT M. ADAMS, ESQ.
Nevada Bar No. 6551
ARTEMUS W. HAM, IV, ESQ.
Nevada Bar No. 7001
JOEL D. HENRIOD, ESQ.
Nevada Bar No 8492
CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
400 South 7th Street, 4th Floor
Las Vegas, Nevada   89101

**IT IS SO ORDERED**.

DATED: 11/4/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

## CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b ), I certify that I am an employee of the firm and that on 1st day of November, 2024, I caused the foregoing document entitled **SUBSTITUTION OF ATTORNEY** to be served upon those persons designated by the parties in the E-Service Master List for the above-referenced matter in the Eighth Judicial District Court eFiling System in accordance with the mandatory electronic service requirements of Administrative Order 14-2 and the Nevada Electronic Filing and Conversion Rules and/or U.S. Mail.

/s/ Amber Mann
_____
An employee