SIGAL CHATTAH
United States Attorney
District of Nevada
Nevada Bar Number 8264

TAMER B. BOTROS
Assistant United States Attorney
Nevada Bar No. 12183
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Tamer.Botros@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| Manichanh Sitivong,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>United States of America; DOES I through X, inclusive; ROE BUSINESS ENTITIES, I through X, inclusive,<br><br>　　　　　Defendant. | Case No. 2:22-cv-00169-APG-DJA<br><br>**Stipulation and Order to Continue Trial**<br><br>**(First Request)** |

　　　　Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Manichanh Sitivong, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin on July 25, 2025, to the week of October 27, 2025, or a date thereafter which fits the Court's calendar and that all associated pre-trial deadlines be extended in accordance with the new trial date. This request for a continuance is made in good faith and not for any improper delay. This is the first request to continue the trial.

　　　　Undersigned counsel, Tamer B. Botros for the United States has recently been associated into this matter and will not have sufficient time to effectively prepare for trial. Due to unforeseen circumstances, the most-recently assigned AUSA, Thomas Colonna, is presently unavailable to handle this matter at this time.

　　　　Furthermore, on June 5, 2025, Plaintiff disclosed her Fourteenth Supplemental records consisting of approximately 1,633 pages of medical records, including records that

were not previously disclosed. It will require additional time for the newly disclosed medical records to be sent to Defendant's experts for review and analysis in order to provide expert opinions at trial. These circumstances will not give enough time for the parties to prepare and be ready for trial on July 25, 2025. Accordingly, the parties respectfully request that the Court continue the trial to the week of October 27, 2025, or a date thereafter which fits the Court's calendar and that all associated pre-trial deadlines be extended in accordance with the new trial date.

Respectfully submitted this 10th day of June 2025.

| | |
|---|---|
| SIGAL CHATTAH<br>United States Attorney | **THE702FIRM INJURY ATTORNEYS and LAW OFFICES OF CHAD M. GOLIGHTLY, LTD** |
| */s/ Tamer B. Botros*<br>TAMER B. BOTROS<br>Assistant United States Attorney<br>Nevada Bar No. 12183<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>*Attorneys for the United States* | */s/ Michael C. Kane*<br>MICHAEL C. KANE<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS<br>Nevada Bar No. 8857<br>THOMAS N. BECKOM<br>Nevada Bar No. 12554<br>8335 W. Flamingo Road<br>Las Vegas, NV 89147<br>*Attorneys for Plaintiff* |

**IT IS ORDERED** that the July 25, 2025 Bench Trial and the July 22, 2025 Calendar Call are vacated and continued to:

Calendar Call November 12, 2025 at 9:00 a.m.
Bench Trial November 17, 2025 at 9:00 a.m.

All in Courtroom 6C before Chief Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: June 11, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE