MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:    service@the702firm.com

*And*

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
**LAW OFFICES OF
CHAD M. GOLIGHTLY, LTD.**
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123
*Attorneys for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>    Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>    Defendants. | Case No.: 2:22-cv-00169-APG (BNW)<br><br>**STIPULATION AND ORDER TO CONTINUE TRIAL**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule IA 6-1 and Local Rule 7-1, Plaintiff Manichanh Sitivong, and Defendant United States of America, through counsel of record, stipulate and request that the Court continue the trial currently scheduled to begin on November 17, 2025, to one of the following dates; May 11, 2026, May 18, 2026, May 25, 2026, or a date thereafter which fits the Court's calendar and that all associated pre-trial deadlines be extended in accordance with the new trial date. This request for a continuance is made in good faith and not for any improper delay. This is the second request to continue the trial.

Assistant United States Attorney, Tamer B. Botros for the United States has recently been furloughed due to the government shutdown and is unable to prepare for and attend trial in this matter. Prior to the government shutdown, the parties were engaged in settlement discussions.

Accordingly, the parties respectfully request that the Court continue the trial to May 11, 2026, May 18, 2026, May 25, 2026, or a date thereafter which fits the Court's calendar.

DATED: October 20, 2025

| THE702FIRM INJURY ATTORNEYS | SIGAL CHATTAH<br>Acting United States Attorney |
|---|---|
| /s/ Michael C. Kane<br>MICHAEL C. KANE, ESQ<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147<br>Telephone:    (702) 776-3333<br>Facsimile:     (702) 505-9787<br>E-Mail:service@the702firm.com<br><br>CHAD M. GOLIGHTLY, ESQ.<br>Nevada Bar No. 5331<br>**LAW OFFICES OF<br>CHAD M. GOLIGHTLY, LTD.**<br>8560 S. Eastern Ave., Ste. 240<br>Las Vegas, NV 89123<br><br>*Attorneys for Plaintiff* | /s/ Tamer Botros<br>TAMER B. BOTROS<br>Assistant United States Attorney<br>Nevada Bar No. 12183<br>501 Las Vegas Blvd. So., Suite 1100<br>Las Vegas, Nevada 89101<br>(702) 388-6336<br>Tamer.Botros@usdoj.gov<br>*Attorneys for the United States* |

ORDER

The parties' stipulation to continue the November 2025 trial dates is granted.

Calendar Call is reset for May 12, 2026, at 9:00 a.m.
Bench Trial is reset for May 18, 2026, at 9:00 a.m.

All proceedings will be held in Las Vegas Courtroom 6C before Chief Judge Andrew P. Gordon.

IT IS SO ORDERED:

Dated: October 21, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE