TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Manichanh Sitivong,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>United States of America,<br><br>　　　　Defendant. | Case No. 2:22-cv-00169-APG-DJA<br><br>**Stipulation Relating to Dr. Mark Kabins' Felony Conviction** |

The parties, after meeting and conferring, hereby submit this stipulation related to Plaintiff's Expert Dr. Mark Kabins' Felony Conviction.

The parties stipulate that parties' questions regarding Kabins's prior conviction must be limited to the existence of the conviction, of misprision of a felony.[1]

//

//

//

---

[1] The parties are basing this stipulation on this Court's prior orders relating to a motion in limine on this issue and intend to follow those same prior rulings of this court. *See Rosas v. GEICO Cas. Co.,* 2022 U.S. Dist. LEXIS 121009; Reconsideration granted by, in part *Rosas v. GEICO Cas. Co.*, 2022 U.S. Dist. LEXIS 253096, 2022 WL 22877128 (D. Nev., July 20, 2022).

Respectfully submitted this 10th day of April 2026.

| | |
|---|---|
| THE702FIRM INJURY ATTORNEYS | TODD BLANCHE<br>Acting Attorney General of the United States<br>SIGAL CHATTAH<br>First Assistant United States Attorney |

*/s/ Eric R. Larsen*          
MICHAEL C. KANE, ESQ
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JILL M. CHASE, ESQ.
Nevada Bar No. 5250
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
JAMES SWEETIN
Assistant United States Attorney

*Attorneys for the United States*

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
LAW OFFICES OF
CHAD M. GOLIGHTLY, LTD.
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123
Attorneys for Plaintiff

*Attorneys for Plaintiff*

IT IS SO ORDERED:

Dated:___April 17, 2026_____

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

2