TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar No. 8264

NATHAN M. CLAUS
Assistant United States Attorney
Nevada Bar No. 15889
JAMES R. SWEETIN
Assistant United States Attorney
Nevada Bar No. 5144
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
(702) 388-6336
Nathan.Claus@usdoj.gov

*Attorneys for the Federal Defendant*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MANICHANH SITIVONG,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CASE NO. 2:22-cv-00169-APG-DJA<br><br>**Stipulation and Order to Dismiss with Prejudice** |

Plaintiff Manichanh Sitivong and Defendant, United States of America, by and through their undersigned counsel, stipulate that their claims only shall be dismissed with

/ / /

/ / /

/ / /

/ / /

/ / /

prejudice, each party to bear its own costs and attorney's fees.

Respectfully submitted this 31st day of July 2026.

THE702FIRM INJURY ATTORNEYS

*/s/ Micheal Kane*
MICHAEL C. KANE, ESQ
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JILL M. CHASE, ESQ.
Nevada Bar No. 5250
THE702FIRM INJURY ATTORNEYS
8335 West Flamingo Road
Las Vegas, Nevada 89147

CHAD M. GOLIGHTLY, ESQ.
Nevada Bar No. 5331
LAW OFFICES OF
CHAD M. GOLIGHTLY, LTD.
8560 S. Eastern Ave., Ste. 240
Las Vegas, NV 89123
Attorneys for Plaintiff

*Attorneys for Plaintiff*

TODD BLANCHE
Acting Attorney General of the United States
SIGAL CHATTAH
First Assistant United States Attorney

*/s/ Nathan M. Claus*
NATHAN M. CLAUS
Assistant United States Attorney
JAMES SWEETIN
Assistant United States Attorney

*Attorneys for the United States*

**IT IS SO ORDERED:**

______________________________
**UNITED STATES DISTRICT JUDGE**

**DATED:** ______________________________